# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BUILTRITE BUILDERS, LLC, ) | Case No. 19-10938-JGR |
| EIN: 26-3958871 ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## NOTICE OF TRUSTEE'S INTENT TO ABANDON CERTAIN PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 544 AND BANKRUPTCY RULE 6007(a)

**OBJECTION DEADLINE:** **Feb. 28, 2020**

PLEASE TAKE NOTICE THAT pursuant to 11 U.S.C. § 554(a) and Bankruptcy Rule 6007(a), Jeffrey L. Hill, the Chapter 7 trustee ("Trustee") of the bankruptcy estate of Builtrite Builders, LLC ("Debtor") intends to take the following action:

1. Trustee shall abandon the following property of the estate listed on Amended Schedule A/B filed with the Bankruptcy Court on May 17, 2019 [Dkt. No. 199]:

   A. All model furniture and office furniture located at Debtor's leased commercial office space located at 7826 N. Academy Blvd., Colorado Springs, CO 80921 (the "Leased Premises"), including but not limited to desks, shelves, cabinets, chairs, conference room table, and all office equipment located at the Leased Premises, including but not limited to, 8 laptop computers, telephone system, 9 printers, 1 refrigerator, and 1 dishwasher but excluding one server and 2 computers in the possession of Trustee and/or his counsel (collectively the ("FF&E").

   B. Security Deposit for the Leased Premises

   C. The following vehicles (the "*Vehicles*"):

      a. 2014 Jeep Grand Cherokee (VIN No. 1C4RJFAG7EC280279);
      b. 2018 Jeep Grand Cherokee (VIN No. 1C4RJFAG2JC119378);
      c. 2018 Jeep Grand Cherokee (VIN No. 1C4RJFAG4JC119379);
      d. 2018 Ram 1500 Tradesman (VIN No. 1C6RR7FT7JS13504);
      e. 2018 Ram 1500 Tradesman (VIN No. 1C6RR7FT04S103682);
      f. 2018 Ram 1500 Tradesman (VIN No. 1C6RR7FT0JS103682);
      g. 2018 Ram 1500 Tradesman (VIN No. 1C6RR7FT2JS103683);
      h. 2018 Ram 1500 Tradesman (VIN No. 1C6RR7FT0JS148945); and

        i. 2018 Ram (VIN No. 1C6RR7FT9JS178994).

2. Trustee is informed and believes that the FF&E is fully encumbered by a blanket lien in favor of For a Financial Advance, LLC and there is no equity for the bankruptcy estate.

3. Trustee is informed and believes that two 2018 Jeep Grand Cherokees are leased vehicles and the other Vehicles are financed with minimal value to the bankruptcy estate after payment of the secured claims and selling costs.

4. Therefore, Trustee believes that:
☒ such property is burdensome to the estate;
☒ such property is of inconsequential value and benefit to the estate;
☒ other reasons for abandonment, if any:

5. Absent any objection, the Property shall be deemed abandoned pursuant to 11 U.S.C. § 544 and Bankruptcy Rule 6007(a), one day after the Objection Deadline set forth above.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Pursuant to Bankruptcy Rule 6007(a), if you desire to oppose this action you must FILE WITH THE COURT a written objection and request for hearing at: Clerk of the U.S. Bankruptcy Court, 721 19th St. Denver, Co. 80202-2508. If you mail your request or response to the Court for filing, you must mail it early enough so the Court will RECEIVE it on or before the Objection Deadline set forth above and serve a copy on Trustee, Jeffrey L. Hill, at his undersigned address. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court. In the event no objections are filed, the Court shall not enter any further order or notice.

Dated: February 14th, 2020          Respectfully submitted,

                                             *s/ Jeffrey L. Hill*
                                             Jeffrey L. Hill
                                             Chapter 7 Trustee
                                             PO Box 1720
                                             Parker, CO 80134
                                             (303) 805-1478
                                             jeffreyhillpc@gmail.com